**FILED**
October 21, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAYSON FERNANDEZ BUTAY, ) <br> ) <br> Defendant. ) | Case No. 2:20-mj-00155-DB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, JAYSON FERNANDEZ BUTAY, Case No. 2:20-mj-00155-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___     Release on Personal Recognizance

_X_     Bail Posted in the Sum of: $150,000.00.

     ___     Co-Signed Unsecured Appearance Bond

     _X_     Secured Appearance Bond

     _X_     (Other) Conditions as stated on the record.

     ___     (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/21/2020  at  4:00 p.m.

By:  _/s/ Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE