1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  2810 Fifth Street
   Davis, CA 95618
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Attorneys for Defendant
   JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-197-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel Tanya Syed and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Butay is on supervised pretrial release.
2. Among the conditions of his pretrial release is that Mr. Butay is not allowed any kind of internet access.
3. The United States has been affected by a global pandemic.
4. Among the results of the pandemic is that this court has not been open to the public since March 2020.  The United States District Court in and for the Eastern District of California has issued multiple emergency orders in light of the pandemic.
5. Among the emergency orders issued by this court is an order that all court appearances, where possible, will be conducted via Zoom.

{00032045}                                           - 1 -

6. Mr. Butay is scheduled for an arraignment on October 23, 2020. We anticipate multiple court appearances on future dates, the specific dates are, as yet, unknown. The only way for him to currently appear for court is via Zoom.

7. In order to prevent a violation of Mr. Butay's pretrial release conditions, the parties hereby stipulate that Mr. Butay may be permitted to access the internet for each court appearance beginning 15 minutes prior to court solely for the purpose of accessing Zoom in order to attend his court appearance. Zoom access will be accomplished through a mobile device provided by one of his family members. Access to websites or apps other than Zoom is prohibited.

8. Mr. Butay requires the assistance of a Tagalog interpreter. The interpreter is located out of state and will appear remotely. In order for Mr. Butay to have effective assistance of the interpreter, the Chief Staff Interpreter of the Eastern District of California informed defense counsel Mr. Butay requires a second phone to speak with and listen to the interpreter. That second phone will also be provided by Mr. Butay's family members.

9. Mr. Butay's permission to access the internet will end immediately after the hearing in his case is concluded. For his arraignment on October 23, 2020, it is anticipated to be no later than 4:00 pm. In all future hearings, it is anticipated to be no later than 12:00 pm. In no event shall Mr. Butay access the internet or his family's cell phones after 4:00 pm on October 23, 2020 and after 12:00pm on any future court date absent further order from this court.

10. Mr. Butay must be directly supervised by his custodian for the entire duration of this court appearance.

//
//
//
//
//

{00032045}                                                  - 2 -

STIPULAATION AND ~~PROPOSED~~ ORDER TO AMEND PRE-TRIAL RELEASE CONDITIONS [Case No. 2:20-CR-00197-WBS]

Dated:  October 22, 2020.          McGregor Scott, United States Attorney

                                   By    /s/ Tanya Syed
                                          Tanya Syed

                                   Attorneys for Plaintiff

Dated:  October 22, 2020.          BARTH DALY LLP

                                   By    /s/ Kresta Nora Daly
                                          KRESTA NORA DALY

                                   Attorneys for Defendant JAYSON FERNANDEZ BUTAY

**Order**

Good cause appearing, Mr. Butay may be permitted to access the internet for any scheduled court appearance 15 minutes prior to court beginning. Mr. Butay is permitted to access two phones, one for Zoom in order to attend his court appearance and one to converse with the Tagalog interpreter.  Access to websites or apps other than Zoom are prohibited.  Mr. Butay shall be directly supervised by his custodian at all times during these proceedings. Mr. Butay's permission to access the internet will end immediately after the hearing in his case is concluded, which for his arraignment, is anticipated to be no later than 4:00pm.  For future court dates, hearings are anticipated to be no later than 12:00pm.  In no event shall Mr. Butay access the internet after 4:00pm on October 23, 2020 or after 12:00 pm on any future court date absent further order from this court.

Dated: October 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

{00032045}                         - 3 -

STIPULAATION AND ~~PROPOSED~~ ORDER TO AMEND PRE-TRIAL RELEASE CONDITIONS [Case No. 2:20-CR-00197-WBS]