Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Jayson Fernandez Butay

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | Case No. 2:20-CR-00197-WBS<br><br>~~SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER~~ STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE<br><br>Judge: Honorable William B. Schubb. |

Mr. Butay made his initial appearance on October 9, 2020. He was initially ordered detained. On October 15, 2020 he was ordered released on specific conditions. [Dkt. 6 and 7]. Mr. Butay now seeks to amend certain release conditions as more fully set forth below. The government and PreTrial Services are aware of and do not object to these amendments.

Mr. Butay needs to complete certain on-line coursework in order to fulfull his duties at his place of employment. Specifically, he needs to complete and pass an on-line course so he is permitted to administer certain types of medication.

Mr. Butay seeks to contribute to his family. His family has a vegetable garden in their backyard. Mr. Butay would like to work in the vegetable garden. Under his current release conditions this is not possible because his ankle monitor would likely trigger an alert to PreTrial Services that he has left his home.

The parties hereby stipulate as follows:

{00030813}

SUBSTITUTION AND ~~[PROPOSED]~~ ORDER  [Case No. 2:21-CR-0007-MCE]

1. Mr. Butay will be allowed to take the on-line course he needs for work. He will take the course and the test at the office of Barth Daly, LLP, 2810 Fifth Street, Davis, CA. Mr. Butay will pre-arrange the date of the class and testing with PreTrial Services. James Williams[1], the private investigator assigned to this case, will supervise Mr. Butay at all times. Either Barth-Daly or Mr. Williams will provide a digital device for Mr. Butay to take the class and test. Mr. Butay will not be provided the password. Once the class and test are complete the device will immediately be returned to Mr. Williams/Barth-Daly.

2. Mr. Butay will be allowed in his backyard for four hours at a time, two days per week [for a total of no more than 8 hours weekly] to work in the garden. The specific times/days of the week will be coordinated with Pretrial Services and Mr. Butay.

3. The defendant will be able to participate in one virtual medical appointment with prior approval from pretrial services. The defendant's sister will assist in this appointment, using her smartphone to access the medical appointment and will remain next to the defendant for the duration of the appointment and ensure that nothing else on the smartphone is accessed by the defendant. The defendant will not be provided the password to the smartphone, and the smartphone will remain in the sister's possession at all times

DATED: May 24, 2021

/s/ Kresta Daly
Kresta Daly
Attorney at Law

DATED: May 24, 2021

/s/ James Williams
James Williams

---

[1] Mr. Williams retired from the Sacramento County Sheriff's Department in the summer of 2020. He spent many years assigned to SAC ICAC.

DATED: May 24, 2021                    Philip Talbert, Acting United States Attorney


     /s/ Tanya Syed
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: May 26, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE