PHILLIP A. TALBERT
ACTING UNITED STATES ATTORNEY
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>                    Defendant. | CASE NO. 2:20-CR-197-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 8, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 8, 2021.

2. By this stipulation, defendant now moves to continue the status conference until January 31, 2022, at 9:00 a.m., and to exclude time between November 8, 2021, and January 31, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 350 pages of documents, physical devices (including laptops, cell phones, and hard drives), and other records subject to a protective order. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendant desires additional time consult with her client, to review the current charges, to conduct investigation and research related to the charges (including examining the content on the physical devices in person), to review and copy discovery for this matter, and to otherwise prepare for trial. Counsel for defendant, through her investigator, has been diligently reviewing the extensive discovery, including the physical devices, made available for inspection and desires additional time to continue to review discovery.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 8, 2021 to January 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/
/
/
/
/
/
/
/
/

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

/

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 3, 2021        PHILLIP A. TALBERT
        Acting United States Attorney

        /s/ TANYA B. SYED
        TANYA B. SYED
        Assistant United States Attorney

Dated:  November 3, 2021        /s/ KRESTA DALY
        KRESTA DALY
        Counsel for Defendant
        JAYSON FERNANDEZ
        BUTAY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE