1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00197-WBS |
|---|---|
11 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
12 | v. | |
13 | JAYSON FERNANDEZ BUTAY, | DATE: January 31, 2022
TIME: 9:00 a.m. |
14 | Defendant. | COURT: Hon. William B. Shubb |

16                                **STIPULATION**

17       Plaintiff United States of America, by and through its counsel of record, and defendant Jayson

18 Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

19       1.      By previous order, this matter was set for status on January 31, 2022.

20       2.      By this stipulation, the defendant now moves to continue the status conference until April

21 25, 2022 at 9:00 a.m., and to exclude time between January 31, 2022, and April 25, 2022, under Local

22 Code T4.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25       includes more than 350 pages of documents, physical devices (including laptops, cellular phones,

26       and hard drives), and other records subject to a protective order.  All of this discovery has been

27       either produced directly to counsel and/or made available for inspection and copying.

28              b)      Counsel for the defendant desires additional time to consult with her client,

review the current charges, conduct investigation and research related to the charges (including analyzing content saved on physical devices in person), review and copy discovery for this matter, and otherwise prepare for trial.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2022, to April 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 24, 2022                                            PHILLIP A. TALBERT
                                                                                   United States Attorney

                                                                                   /s/ SAM STEFANKI
                                                                                   SAM STEFANKI
                                                                                  Assistant United States Attorney

Dated: January 24, 2022                                            /s/ KRESTA DALY
                                                                                  KRESTA DALY
                                                                                  Counsel for Defendant
                                                                                 JAYSON FERNANDEZ BUTAY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE