Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-197-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Butay is on supervised pretrial release;

2. Among the conditions of his pretrial release is that Mr. Butay is not allowed contact with minors;

3. Mr. Butay's adult sister, Jerilyn Butay, resides in the same home as Mr. Butay, is pregnant and expected to give birth in September 2022;

4. Jerilyn Butay lacks the financial resources to move out of the family home. Jerilyn Butay is married. Her husband resides in the Philippines. Pretrial Services spoke with Jerilyn Butay and her husband. The couple are aware of the nature of the charges pending against Mr. Butay. They agree Mr. Butay can remain in the family home

after the baby arrives;

5. Pretrial Services has spoken to all parties and they have agreed and are willing to adhere and abide by the condition stating that at no time will the defendant have any unsupervised contact with the minor child.

6. Therefore the parties request this Court modify Mr. Butay's pretrial release conditions and insert the following language:

You must not have any unsupervised contact at any time with your sister's minor child who will be residing in the residence. The minor child must be directly supervised at all times either by the child's biological parents or the child's grandparents.

Dated: July 29, 2022.           Philip Talbert, United States Attorney


By      /s/ Kresta Nora Daly
        Samuel Stefanki

Attorneys for Plaintiff


Dated: July 29, 2022.           BARTH DALY LLP


By      /s/ Kresta Nora Daly
        KRESTA NORA DALY

Attorneys for Defendant JAYSON FERNANDEZ BUTAY

**Order**

Good cause appearing Mr. Butay's pretrial release conditions shall be modified and the following language added:

You must not have any unsupervised contact at any time with your sister's minor child who will be residing in the residence. The minor child must be directly supervised at all times either by the child's biological parents or the child's grandparents.

{00032045}                              - 2 -

STIPULAATION AND ~~PROPOSED~~ ORDER TO AMEND PRE-TRIAL RELEASE CONDITIONS [Case No. 2:20-CR-00197-WBS]

Date:   August, 1, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE