Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ-BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAYSON FERNANDEZ-BUTAY, <br><br> Defendant. | Case No. 2:20-CR-00197-WBS <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Judge: Honorable William B. Schubb. |

## STIPULATION

1. By previous order this case was set for status conference on November 14, 2022.

2. By this stipulation, the defendants ask to move the status conference until December 19, 2022 at 9:00 a.m., and to exclude time between November 14, 2022 and December 19, 2022 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) At the defense's request, the government is in the process of obtaining a transcript of a witness interview. The interview was conducted in a Finnish dialect and it has required significant effort to locate an appropriate translator. The parties anticipate the transcript being available no later than mid-November, 2022.

    (c) Mr. Fernandez-Butay requires the assistance of a Tagalog interpreter.

1  There are few certified Tagalog interpreters making scheduling challenging and slowing defense
2  counsel's efforts.
3             (d)    Counsel for defendant believes failure to grant the above-requested
4  continuance would deny them the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.
6             (e)    The government does not object to the continuance.
7             (f)    Based on the above-stated findings, the ends of justice served by
8  continuing the case as requested outweigh the interest of the public and the defendants in a trial
9  within the original date prescribed by the Speedy Trial Act.
10            (g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
11 § 3161, *et seq.*, within which trial must commence, the time period of November 14, 2022 to
12 December 19, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
13 [Local Code T4] because it results from a continuance granted by the Court at defendants' request
14 on the basis of the Court's finding that the ends of justice served by taking such action outweigh
15 the best interest of the public and the defendants in a speedy trial.

17 Dated: October 25, 2022.                    Respectfully submitted,

19                                             By   /s/ Kresta Daly for
                                                    Samuel Stefanki
20                                                  ASSISTANT UNITED STATES ATTORNEY

23 Dated: October 25, 2022.                    BARTH DALY LLP

24                                             By   /s/ Kresta Nora Daly
                                                    KRESTA NORA DALY
25                                                  Attorneys for JAYSON FERNANDEZ-BUTAY

1 **ORDER**

2 GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3 The status conference of November 14, 2022 is vacated. The status conference will be
4 reset for December 19, 2022 at 9:00 a.m. The Court finds excludable time through December 19,
5 2022 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow
6 for preparation of counsel. The Court finds that the interests of justice are best served by granting
7 the request and outweigh the interests of the public and the defendant in a speedy trial. (18
8 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

9 **IT IS SO ORDERED.**

11 **Dated: October 27, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE