PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00197-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAYSON FERNANDEZ BUTAY, | DATE: December 19, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on December 19, 2022.

2.  By this stipulation, the defendant now moves to continue the status conference until March 27, 2023 at 9:00 a.m., and to exclude time between December 19, 2022, and March 27, 2023, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes more than 350 pages of documents, physical devices (including laptops, cellular phones, and hard drives), and other records subject to a protective order. In addition, some of the discovery in this case consists of material generated by law enforcement authorities in Finland.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    All of this discovery has been either produced directly to counsel and/or made available for
2    inspection and copying.  Indeed, the government recently produced additional discovery that was
3    translated from Finnish to English.

4          b)    Counsel for the defendant desires additional time to consult with her client,
5    review the current charges, conduct investigation and research related to the charges, review and
6    copy discovery for this matter, discuss issues relating to the aforementioned foreign language
7    material with the government, and otherwise prepare for trial.  Counsel for the defendant also
8    requires additional time to analyze and investigate the material previously provided in discovery
9    that was generated by Finnish authorities and translated by American authorities.

10         c)    Counsel for the defendant believes that failure to grant the above-requested
11   continuance would deny her the reasonable time necessary for effective preparation, taking into
12   account the exercise of due diligence.

13         d)    The government does not object to the continuance.

14         e)    Based on the above-stated findings, the ends of justice served by continuing the
15   case as requested outweigh the interest of the public and the defendant in a trial within the
16   original date prescribed by the Speedy Trial Act.

17         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
18   et seq., within which trial must commence, the time period of December 19, 2022, to March 27,
19   2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code
20   T4] because it results from a continuance granted by the Court at the defendant's request on the
21   basis of the Court's finding that the ends of justice served by taking such action outweigh the
22   best interest of the public and the defendant in a speedy trial.

23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 14, 2022					PHILLIP A. TALBERT
							United States Attorney


							/s/ SAM STEFANKI
							SAM STEFANKI
							Assistant United States Attorney


Dated: December 14, 2022					/s/ KRESTA DALY
							KRESTA DALY
							Counsel for Defendant
							JAYSON FERNANDEZ BUTAY


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3