Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | Case No. 2:20-CR-197-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING PRETRIAL<br>RELEASE CONDITIPONMS** |

   Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

   1.   Mr. Butay is on supervised pretrial release;

   2. Due to changes in Mr. Butay's employment he desires to amend his pretrial release conditions.  The proposed amended release conditions are attached to this document as Exhibit A.

   3. The government is aware of and does not object to the proposed changes.  Pretrial Services is aware of and does not object to the changes.

//

//

//

1  Dated: February 2, 2023.        Phil Talbert, United States Attorney

3                                  By  /s/ Kresta Nora Daly
                                        Samuel Stefanki

4                                  Attorneys for Plaintiff

6  Dated: February 2, 2023.        BARTH DALY LLP

8                                  By  /s/ Kresta Nora Daly
                                        KRESTA NORA DALY

   Attorneys for Defendant JAYSON FERNANDEZ BUTAY

**Order**

Good cause appearing Mr. Butay's release conditions shall be amended. The release conditions attached to this document as Exhibit A are hereby adopted in full.

Dated: February 2, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE