PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00197-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JAYSON FERNANDEZ BUTAY, | DATE: March 27, 2023<br>TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 27, 2023.

2. By this stipulation, the defendant now moves to continue the status conference until May 15, 2023 at 9:00 a.m., and to exclude time between March 27, 2023, and May 15, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes more than 350 pages of documents, physical devices (including laptops, cellular phones, and hard drives), and other records subject to a protective order. In addition, some of the discovery in this case consists of material generated by law enforcement authorities in Finland.

1 All of this discovery has been either produced directly to counsel and/or made available for
2 inspection and copying.  Indeed, the government recently produced additional discovery that was
3 translated from Finnish to English.

4       b) Counsel for the defendant desires additional time to consult with her client,
5 review the current charges, conduct investigation and research related to the charges, review and
6 copy discovery for this matter, discuss issues relating to the aforementioned foreign language
7 material with the government, and otherwise prepare for trial.  Counsel for the defendant also
8 requires additional time to analyze and investigate the material previously provided in discovery
9 that was generated by Finnish authorities and translated by American authorities.

10       c) Counsel for the defendant believes that failure to grant the above-requested
11 continuance would deny her the reasonable time necessary for effective preparation, taking into
12 account the exercise of due diligence.

13       d) The government does not object to the continuance.

14       e) Based on the above-stated findings, the ends of justice served by continuing the
15 case as requested outweigh the interest of the public and the defendant in a trial within the
16 original date prescribed by the Speedy Trial Act.

17       f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
18 et seq., within which trial must commence, the time period of March 27, 2023, to May 15, 2023,
19 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]
20 because it results from a continuance granted by the Court at the defendant's request on the basis
21 of the Court's finding that the ends of justice served by taking such action outweigh the best
22 interest of the public and the defendant in a speedy trial.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 21, 2023                PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ SAM STEFANKI
                                     SAM STEFANKI
                                     Assistant United States Attorney

Dated: March 21, 2023                /s/ KRESTA DALY
                                     KRESTA DALY
                                     Counsel for Defendant
                                     JAYSON FERNANDEZ BUTAY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE