Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ-BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ-BUTAY,<br><br>Defendant. | Case No. 2:20-CR-00197-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable William B. Schubb. |

## STIPULATION

1. By previous order this case was set for status conference on May 15, 2023.

2. By this stipulation, the defendants ask to move the status conference until September 11, 2023 at 9:00 a.m., and to exclude time between May 15, 2023 and September 11, 2023 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

    (b) Defense counsel has two trials set in this district this summer, both of which she anticipates going forward as currently scheduled. One is set for June 14, 2023, the other for July 17, 2023. Defense counsel plans to be out state for much or all of August 2023.

    (c) Mr. Fernandez-Butay requires the assistance of a Tagalog interpreter. There are few certified Tagalog interpreters making scheduling challenging and slowing defense

1  counsel's efforts.

2      (d) Counsel for defendant believes failure to grant the above-requested
3  continuance would deny them the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5      (e) The government does not object to the continuance.

6      (f) Based on the above-stated findings, the ends of justice served by
7  continuing the case as requested outweigh the interest of the public and the defendants in a trial
8  within the original date prescribed by the Speedy Trial Act.

9      (g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
10 § 3161, *et seq.*, within which trial must commence, the time period of May 15, 2023 to September
11 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
12 Code T4] because it results from a continuance granted by the Court at defendants' request on the
13 basis of the Court's finding that the ends of justice served by taking such action outweigh the best
14 interest of the public and the defendants in a speedy trial.

16 Dated: May 10, 2023.      Respectfully submitted,

18     By   /s/ Kresta Daly for
        Samuel Stefanki
19         ASSISTANT UNITED STATES ATTORNEY

21
22 Dated: May 10, 2023.      BARTH DALY LLP

23     By   /s/ Kresta Nora Daly
        KRESTA NORA DALY
24         Attorneys for JAYSON FERNANDEZ-BUTAY

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of May 15, 2023 is vacated. The status conference will be reset for September 11, 2023 at 9:00 a.m. The Court finds excludable time through September 11, 2023 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE