PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>             Defendant. | CASE NO. 2:20-CR-00197-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 6, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on November 6, 2023.

2.   By this stipulation, the defendant now moves to continue the status conference until January 22, 2024, at 9:00 a.m., and to exclude time between November 6, 2023, and January 22, 2024, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes more than 350 pages of documents, physical devices (including laptops, cellular phones, and hard drives), gigabytes of digital evidence, and other records subject to a protective order. In addition, some of the discovery in this case consists of material generated by law enforcement

authorities located overseas in a country where English is not the primary spoken language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government recently determined that the contents of a large and previously inaccessible encrypted hard drive seized from the defendant's residence could potentially be accessed using advanced technical tools. The government and counsel for the defendant met and conferred on this topic in late August, and desire additional time to continue exploring the impact of this development on the case.

      c)      Counsel for the defendant also desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery for this matter, discuss the aforementioned matter of the encrypted hard drive with her client, and otherwise prepare for trial. Counsel's consultations with her client has been made more time-consuming by the need to retain Tagalog interpreters—who are rare and difficult to schedule—in order for the defendant's family to participate meaningfully in discussions regarding this case.

      d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 6, 2023, to January 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 31, 2023                          PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ SAM STEFANKI
                                                 SAM STEFANKI
                                                 Assistant United States Attorney


Dated: October 31, 2023                          /s/ KRESTA DALY
                                                 KRESTA DALY
                                                 Counsel for Defendant
                                                 JAYSON FERNANDEZ BUTAY

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE