PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | CASE NO. 2:20-CR-00197-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 22, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on January 22, 2024.

2.   By this stipulation, the defendant now moves to continue the status conference until February 5, 2024, at 9:00 a.m., and to exclude time between January 22, 2024, and February 5, 2024, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes more than 350 pages of documents, physical devices (including laptops, cellular phones, and hard drives), gigabytes of digital evidence, and other records subject to a protective order. In addition, some of the discovery in this case consists of material generated by law enforcement

authorities located overseas in a country where English is not the primary spoken language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for the defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery for this matter, discuss with her client the government's efforts to access a large encrypted hard drive seized from his residence, and otherwise prepare for trial. Counsel's ability to consult with her client has been made more difficult by the need to retain Tagalog interpreters—who are rare and challenging to schedule—in order for the defendant's family to participate meaningfully in discussions regarding this case.

  c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2024, to February 5, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 17, 2024  
PHILLIP A. TALBERT  
United States Attorney

/s/ SAM STEFANKI  
SAM STEFANKI  
Assistant United States Attorney

Dated:  January 17, 2024  
/s/ KRESTA DALY  
KRESTA DALY  
Counsel for Defendant  
JAYSON FERNANDEZ BUTAY

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  January 19, 2024  
WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE