PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | CASE NO.  2:20-CR-00197-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 5, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a change-of-plea hearing on February 5, 2024.

2.      By this stipulation, the defendant now moves to continue the change-of-plea hearing until February 12, 2024, at 9:00 a.m., and to exclude time between February 5, 2024, and February 12, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 350 pages of documents, physical devices (including laptops, cellular phones, and hard drives), gigabytes of digital evidence, and other records subject to a protective order.  In addition, some of the discovery in this case consists of material generated by law enforcement

authorities located overseas in a country where English is not the primary spoken language.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the defendant desires additional time to consult with her client, review the current charges, discuss possible resolutions of this case, and otherwise prepare for trial.  Counsel's ability to consult with her client has been made more difficult by the need to retain Tagalog interpreters—who are rare and challenging to schedule—in order for the defendant's family to participate meaningfully in discussions regarding this case.

c)      Counsel for the defendant recently became ill and, as a result, is unable to attend the hearing previously scheduled for February 5.  Counsel for the defendant is confident she will be healthy enough to be present before the Court on February 12.

d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel for the defendant also believes that failure to grant the above-requested continuance would unreasonably deny the defendant continuity of counsel.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2024, to February 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that failing to grant the request would unreasonably deny the defendant continuity of counsel, and by the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  January 31, 2024                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ SAM STEFANKI
                                                  SAM STEFANKI
                                                  Assistant United States Attorney


Dated:  January 31, 2024                          /s/ KRESTA DALY
                                                  KRESTA DALY
                                                  Counsel for Defendant
                                                  JAYSON FERNANDEZ BUTAY


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 31, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE