PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00197-WBS |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 29, 2024.

2. By this stipulation, the parties now move to re-set the matter for sentencing on September 30, 2024, at 9:00 a.m.

3. Counsel for the defendant desires additional time to prepare for the sentencing hearing. Additionally, the assigned probation officer requires additional time to complete the presentence interview and otherwise prepare a complete and accurate presentence investigation report (the "PSR"). The government does not object to these requests.

4. The parties respectfully request that the Court reset the sentencing briefing schedule as follows:

a) The draft PSR shall be filed on or before August 12, 2024;

b) Informal objections to the draft PSR shall be sent to the probation officer on or before August 26, 2024;

c) The final PSR shall be filed on or before September 2, 2024;

d) Formal objections to the PSR shall be filed on or before September 9, 2024;

e) Responses to any formal objections to the PSR shall be filed on or before September 16, 2024; and

f) Sentencing memoranda shall be filed on or before September 23, 2024.

IT IS SO STIPULATED.

Dated:  April 22, 2024        PHILLIP A. TALBERT
                              United States Attorney

                              /s/ SAM STEFANKI
                              SAM STEFANKI
                              Assistant United States Attorney

Dated:  April 22, 2024        /s/ KRESTA DALY
                              KRESTA DALY
                              Counsel for Defendant
                              JAYSON FERNANDEZ BUTAY

## ORDER

This matter is hereby RESET for judgment and sentencing on September 30, 2024, at 9:00 a.m. The Court hereby ADOPTS the revised schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  April 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE