Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | Case No. 2:20-CR-197-WBS<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIPONMS** |

    Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

    1. Mr. Butay is on supervised pretrial release;

    2. Due to changes in Mr. Butay's employment and family situation he desires to amend his pretrial release conditions. The proposed amended release conditions are attached to this document as Exhibit A.

    3. The government is aware of and does not object to the proposed changes. Pretrial Services is aware of and does not object to the changes.

//

//

//

{00032045}  - 1 -

Dated: July 26, 2024.					Phil Talbert, United States Attorney

						By   /s/ Kresta Nora Daly for
						         Samuel Stefanki

						Attorneys for Plaintiff

Dated: July 26, 2024.					BARTH DALY LLP

						By   /s/ Kresta Nora Daly
						         KRESTA NORA DALY

						Attorneys for Defendant JAYSON FERNANDEZ BUTAY

{00032045}                               - 2 -
STIPULAATION AND ORDER TO AMEND PRE-TRIAL RELEASE CONDITIONS [Case No. 2:20-CR-00197-WBS]

**Order**

Good cause appearing Mr. Butay's release conditions shall be amended. The release conditions attached to this document as Exhibit A are hereby adopted in full.

Dated: July 26, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

# Exhibit A

## SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

        Re: Fernandez Butay, Jayson
        No.: 2:20-CR-00197-WBS
        Date: July 25, 2024

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of Gerardo Butay and you must reside with your custodian and not change your residence without prior approval;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your expired and valid passports to defense counsel who will make arrangements to surrender the documents to the Clerk, U.S. District Court by October 22, 2020, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from excessive use of alcohol;

8. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **CURFEW:** You must remain inside your residence every day from 7:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

13. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

14. You must not access the Internet and you must provide proof of the disconnection or termination of this service as required by the pretrial services officer;

15. You must not use or possess a computer, a smartphone, or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. Your parents and adult siblings are authorized to each have one password protected smartphone to which you will not have access;

16. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

17. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

18. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

19. ***You must not have any unsupervised contact at anytime with your sister's minor children who reside in the residence. The minor children must be directly supervised at all times either by the children's biological parents or the children's grandparents***;

20. Any employment or volunteer opportunities must be approved in advance by Pretrial Services; and,

21. Prior to reporting for any military training for Army Reserve Duty, Pretrial Services must advise your employer of your firearm, computer, internet, and minor children restrictions that may limit your work activities.