PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | CASE NO. 2:20-CR-00197-WBS<br><br>STIPULATION REGARDING SENTENCING; ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 30, 2024.

2. Counsel for the defendant desires additional time to prepare mitigation evidence for submission to the Court prior to sentencing, and counsel for the government desires additional time to prepare restitution materials for the same purpose. The defendant is not in custody, and counsel for the defendant will be out of the country for much of the fall and unable to attend a sentencing hearing on any of the Court's available hearing dates until January 13.

3. For the foregoing reasons and by this stipulation, the parties now move to re-set the matter for sentencing on January 13, 2025, at 10:00 a.m. The parties also respectfully request that the Court reset the sentencing briefing schedule as follows:

a)  The draft PSR shall be filed on or before December 2, 2024;

b)  Informal objections to the draft PSR shall be sent to the probation officer on or before December 16, 2024;

c)  The final PSR shall be filed on or before December 23, 2024;

d)  Formal objections to the PSR shall be filed on or before December 30, 2024;

e)  Responses to any formal objections to the PSR shall be filed on or before January 6, 2025; and

f)  Sentencing memoranda shall be filed on or before January 6, 2025.

IT IS SO STIPULATED.

Dated:  September 24, 2024            PHILLIP A. TALBERT
                                      United States Attorney


                                      /s/ SAM STEFANKI
                                      SAM STEFANKI
                                      Assistant United States Attorney


Dated:  September 24, 2024            /s/ KRESTA DALY
                                      KRESTA DALY
                                      Counsel for Defendant
                                      JAYSON FERNANDEZ BUTAY


**ORDER**

This matter is hereby RESET for judgment and sentencing on **January 13, 2025, at 10:00 a.m.** The Court hereby ADOPTS the revised schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  September 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE SENTENCING