PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00197-WBS |
| Plaintiff, | STIPULATION REGARDING SENTENCING; ORDER |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Jayson Fernandez Butay, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on January 13, 2025. By this stipulation, the parties jointly request that the Court reset the sentencing hearing to occur on May 5, 2025, at 10:00 a.m.

2.  Counsel for the government desires additional time to prepare restitution materials to be provided to the assigned probation officer for purposes of preparing the presentence investigation report (the "PSR"). Specifically, counsel for the government recently learned that certain notifications required to be provided to possible victims in advance of sentencing were inadvertently delayed by a technical issue. Hence, counsel for the government desires additional time before sentencing to ensure that all required notifications to possible victims were successfully sent.

3. Counsel for the government consulted with the assigned probation officer, who has no objection to the parties' request.

4. The defendant is not in custody.

5. For the foregoing reasons and by this stipulation, the parties now move to re-set the matter for sentencing on May 5, 2025, at 10:00 a.m. The parties also respectfully request that the Court reset the sentencing briefing schedule as follows:

    a) The draft PSR shall be filed on or before March 24, 2025;

    b) Informal objections to the draft PSR shall be sent to the probation officer on or before April 7, 2025;

    c) The final PSR shall be filed on or before April 14, 2025;

    d) Formal objections to the PSR shall be filed on or before April 21, 2025;

    e) Responses to any formal objections to the PSR shall be filed on or before April 28, 2025; and

    f) Sentencing memoranda shall be filed on or before April 28, 2025.

IT IS SO STIPULATED.

Dated:  January 7, 2025　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　SAM STEFANKI
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  January 7, 2025　　　　　　　　　　　　/s/ KRESTA DALY
　　　　　　　　　　　　　　　　　　　　　　　KRESTA DALY
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　JAYSON FERNANDEZ BUTAY

**ORDER**

This matter is hereby RESET for judgment and sentencing on May 5, 2025, at 10:00 a.m. The Court hereby ADOPTS the revised schedule set forth in the parties' stipulation. No further continuances will be granted. The court notes that it will have been more than a year since defendant entered his plea of guilty before he will be sentenced. In the meantime, defendant has been allowed to remain out of custody since he was ordered released by the magistrate judge on October 15, 2020.

IT IS SO ORDERED.

Dated: January 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE