Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-197-WBS |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Butay is on supervised pretrial release.

2. Among the conditions of his pretrial release is that Mr. Butay has a curfew.

3. Mr. Butay wishes to attend a family party on March 29, 2025. The party is being held in a neighboring town. Mr. Butay's family, including his father who is Mr. Butay's custodian, will be attending the party and driving Mr. Butay. The people attending the party are aware of the allegations in this case. In order to stay to the end of the party and return home Mr. Butay wishes to have his curfew extended to 10pm on March 29, 2025.

4. Pretrial is aware of this request and has no objection.


Dated: March 25, 2025.

By   /s/ Kresta Daly for
      Samuel Stefanki

Attorneys for Plaintiff

Dated: March 25, 2025.    BARTH DALY LLP

By   /s/ Kresta Nora Daly
      KRESTA NORA DALY

Attorneys for Defendant JAYSON FERNANDEZ BUTAY


**Order**

Good cause appearing, Mr. Butay's curfew is extended to 10pm on March 29, 2025. All other conditions of his release remain unchanged.

Dated: March 25, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE