Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>    Defendant. | Case No. 2:20-CR-197-WBS<br><br>**STIPULATION AND ORDER RESETTING SENTENCING** |

Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. The draft probation report in this case is over 1,300 pages long. It was filed approximately 10 days late because the government encountered substantial difficulty obtaining information related to victim restitution. Much, if not all, of the information relating to victim restitution is information to which the defense did not previously have.

2. For these reasons, defense counsel requires additional time to draft informal objections.

3. The first time that counsel for the government and counsel for Mr. Butay can align their schedules is Monday, July 21, 2025.

4. Therefore the parties jointly request the sentencing hearing currently set for May 5, 2025 be reset to July 21, 2025 and the Court adopt the following schedule:

| | |
|---|---|
| Information Objections Due: | June 23, 2025 |
| Final PSR Shall Be Filed: | June 30, 2025 |
| Formal Objections Filed: | July 7, 2025 |
| Reply or Statement of Non-Opposition | July 14, 2025 |
| Sentencing: | July 21, 2025 |

Dated:  April 21, 2025.

By   /s/ Kresta Daly for
      Samuel Stefanki

Attorneys for Plaintiff

Dated:  April 21, 2025.      BARTH DALY LLP

By   /s/ Kresta Nora Daly
      KRESTA NORA DALY

Attorneys for Defendant JAYSON FERNANDEZ BUTAY

**Order**

Good cause appearing, the sentencing hearing set for May 5, 2025 is hereby vacated. Sentencing is reset for July 21, 2025 at 10am.  The following schedule is adopted:

| | |
|---|---|
| Information Objections Due: | June 23, 2025 |
| Final PSR Shall Be Filed: | June 30, 2025 |
| Formal Objections Filed: | July 7, 2025 |
| Reply or Statement of Non-Opposition | July 14, 2025 |
| Sentencing: | July 21, 2025 at 10:00 a.m. |

Dated:  April 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE