Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>    Defendant. | Case No. 20-CR-0197-WBS<br><br>**EX PARTE APPLICATION TO SEAL AND ORDER**<br><br>**FILED UNDER SEAL** |

PLEASE TAKE NOTICE that defendant Jayson Butay moves the Court for leave to file an exhibit to his sentencing memorandum under seal.

The exhibit is protected pursuant to a stipulated Protective Order. Dkt. 21. The exhibit to the sentencing memorandum is attached hereto as Exhibit A. This document was served on AUSA Stefanki via email.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file the exhibit under seal.

Dated: July 11, 2025        Respectfully submitted,

                            By  */s/ Kresta Nora Daly*
                                KRESTA NORA DALY
                                Attorneys for Jayson Fernandez Butay

**ORDER**

Good cause appearing, the Court hereby orders the exhibit sealed.

Dated: July 15, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE