Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
JAYSON FERNANDEZ BUTAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON FERNANDEZ BUTAY,<br><br>Defendant. | Case No. 2:20-CR-197-WBS<br><br>**AMEDNED STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL RELEASE CONDITIPONMS** |

Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Jayson Butay, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Butay is on supervised pretrial release.
2. Among the conditions of his pretrial release is that Mr. Butay has a curfew.
3. Mr. Butay wishes to attend a family birthday party on July 25, 2025. The party is being held at a restaurant in a neighboring town. Mr. Butay's family, including his father who is Mr. Butay's custodian, will be attending the party and driving Mr. Butay. The people attending the party are aware of the allegations in this case. In order to stay to the end of the party and return home Mr. Butay wishes to have his curfew extended to 9pm on July 25, 2025.

4. Mr. Butay's parents are his sureties. His father is his third-party custodian. They both are aware of and have no objection to the above.

5. Pretrial is aware of this request and has no objection.

Dated: July 22, 2025.

By   /s/ Kresta Daly for
       Samuel Stefanki

Attorneys for Plaintiff

Dated: July 22, 2025.

BARTH DALY LLP

By   /s/ Kresta Nora Daly
       KRESTA NORA DALY

Attorneys for Defendant JAYSON FERNANDEZ BUTAY

Dated: July 23, 2025.

By _____
Gerado Butay

Third Party Custodian

Dated: July 23, 2025.

By _____
Purificacion Butay

- 2 -

## Order

Good cause appearing, Mr. Butay's curfew is extended to 9pm on July 25, 2025. All other conditions of his release remain unchanged.

Dated: July 24, 2025

_____
Honorable Chi Soo Kim, Magistrate Judge