ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-00197-WBS |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JAYSON FERNANDEZ BUTAY, | |
| Defendant. | |

On February 22, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Jayson Fernandez Butay forfeiting to the United States the following property:

    a.    ASUS Laptop, Model GL502V, Serial Number: H2N0CV099029072, and
    b.    Galaxy Note Cell Phone, Model SM-N960U, IMEI: 359988090071310.

Beginning on February 24, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

1

      a.    Gerardo Butay:  A notice letter was sent via certified mail to Gerardo Butay at 7893 Whisper Wood Way, Sacramento, CA 95823 on February 23, 2024.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 1, 2024.

      b.    Mark Butay:  A notice letter was sent via certified mail to Mark Butay at 7893 Whisper Wood Way, Sacramento, CA 95823 on February 23, 2024.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 1, 2024.

      c.    Purificacion Butay:  A notice letter was sent via certified mail to Purificacion Butay at 7893 Whisper Wood Way, Sacramento, CA 95823 on February 23, 2024.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 1, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Jayson Fernandez Butay, Gerardo Butay, Mark Butay, and Purificacion Butay.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: August 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE