| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | PO Box F |
| | Winters, CA 95694 |
| 3 | Telephone: (916) 916-524-6762 |
| | Email:  kdaly@barth-daly.com |
| 4 | |
| 5 | Attorneys for Defendant |
| | JAYSON FERNANDEZ-BUTAY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:20-CR-00197-WBS |
| Plaintiff, | | |
| v. | | **UNOPPOSED MOTION TO RELEASE COLLATERAL AND [PROPOSED] ORDER** |
| JAYSON FERNANDEZ-BUTAY, | | |
| Defendant. | | |

Defendant Jayson Fernandez-Butay by and through his counsel of record, requests this court order the properties posted as collateral in connection with his partly secured appearance bond be unencumbered and returned.

On October 15, 2020 Judge Barnes ordered Mr. Fernandez-Butay released on a $150,000 secured appearance bond.  The bond was secured by lien against his parents home. ECF 11.

Mr. Romero was sentenced on July 21, 2025.  He was ordered to turn himself in on September 2, 2025 which he did.  As of the date of filing, BOP Inmate Locator indicates Mr. Romero is currently in custody at FCI Victorville with a release date of October 7, 2046.

Mr. Fernandez-Butay's case is closed. There is no longer a need for collateral to secure his appearance bond. Mr. Fernandez-Butay therefore requests this court order the items returned their owners.

The government is aware of this request and has no objection.

DATED: September 5, 2025

/s/ Kresta Daly

Kresta Daly
Attorney at Law

## **ORDER**

Good cause appearing the lein against the family home is released.

Dated: September 9, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE